UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE MARINA WEBB,<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON COSMETICS &<br>FRAGRANCE, INC., et al.,<br><br>Defendants. | No. 2:26-cv-00163-DC-SCR<br><br>ORDER REMANDING ACTION TO THE<br>PLACER COUNTY SUPERIOR COURT<br>PURSUANT TO THE STIPULATION OF<br>THE PARTIES<br><br>(Doc. No. 8) |

On February 17, 2026, the parties filed a stipulation in which they agree to remand this action to the Placer County Superior Court, where this action was originally filed. (Doc. No. 8.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Placer County Superior Court.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 23, 2026**   _____

Dena Coggins
United States District Judge

1